# United States District Court

District of Utah, Central Division

RUSSELL GREER

V.

MOON, et al.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 2:20-cv-00647-TC

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☒    GRANTED.

☐    DENIED, for the following reasons:

ENTER this _____24th_____ day of _____September_____, 2020

*Signature of Judicial Officer*

Cecilia M. Romero,  U.S. Magistrate Judge
*Name and Title of Judicial Officer*