**EXHIBIT A**



32