**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

**ELECTRONIC NOTICING  REGISTRATION FORM**
**for Unrepresented Parties**

FILED
2020 SEP 24 PM 2:45
CLERK
U.S. DISTRICT COURT

Unrepresented (pro se) parties may request electronic email notification and service of documents in an active case filed in the District of Utah by filing a written motion with the court and attaching this completed form to the motion. **Please review the rights you waive (listed below) by signing this form.**

RECEIVED
2020 SEP 16 AM 9:57
CLERK
U.S. DISTRICT COURT

Russell.          G.                              Greer
**Name - First          Middle**                         **Last**

7901 South 3200 West
P.O. Box 152
**Mailing Address**

West Jordan, UT  84088
**City, State, Zip**

801-895-3501
**Telephone Number**

By signing this form, I understand and consent to the following:

- Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I agree to receive all items required to be served under Fed. R. Civ. P. 5(a) and 77(d) and Fed. R. Crim P. 49 by email transmission;
- The service by email transmission will be considered service and notice of entry as required by those rules;
- I waive my right to service by mail, with the exception of documents filed in paper with the Clerk's Office;
- I will promptly notify the Clerk of this Court when I have a change of name, address, or e-mail address.

**Email Address(es):**
  **Primary e-mail address** __russmark@gmail.com__

  **Up to two additional e-mail addresses** 1)_____ ,

  2) _____

**You must read, understand, and check all three boxes to receive email notices in your case(s).**

☒    I understand that I will receive one 'free look' at each document for which I receive an emailed NEF (Notice of Electronic Filing).  I should print and/or save this document at this time for future reference.

☒    I understand that I may obtain a PACER login to retrieve documents that I have not printed out or saved.  I may register online at http://www.pacer.gov.

☒    I understand I will receive email notices in all cases in which I am a participant or a party.

**Date:** __Russell Greer__          **Signature:**_____

Please mail this completed form to:
**United States District Court**
**ATTN:  CM/ECF Registration**
**351 S. West Temple, Rm 1.100**
**Salt Lake City, Utah 84101**

After this Court processes this form, you will receive notices in your case(s) by email. Please call the Clerk's Office at (801) 524-6105 if you have questions concerning registration or email noticing.

Rev. 4/10/18