FILED
2020 SEP 25 AM 9:06
CLERK
U.S. DISTRICT COURT

Russell Greer
7901 South 3200 West
P.O. Box 152
West Jordan, Utah 84088
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiff | |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Case No.: 2:20-cv-00647 |
| Defendants | Judge Tena Campbell |

1

Plaintiff Russell G. Greer moves for a preliminary injunction as set out in the *Complaint* and the accompanying *Memorandum in Support.*

As set out in the *Complaint*, Plaintiff brings forth claims of contributory copyright infringement, false light and electronic harassment.

Russell Greer submits that he meets the standards for a preliminary injunction, i.e. he has probable success on the merits, he will be irreparably harmed, others will not be substantially harmed, the public interest will be served, and there is no adequate remedy at law.

Because a preliminary injunction presents no monetary risks to Defendant, Russell Greer requests that bond be set at $1. *Fed. R. Civ. P. 65(c).*

For the reasons stated in the accompanying *Memorandum*, Russell Greer prays that the Court grant this motion and preliminarily enjoin  Joshua Moon and Kiwi Farms from operating his website during the case, and/or removing every webpage about Greer from Defendant's sites.

DATED:  September 13th, 2020

Respectfully submitted,

By:

Russell Greer
Pro Se Litigant
/rgreer/

Ju

2