# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:20–cv–00647–DBB–JCB

Greer v. Moon et al
Assigned to: Judge David Barlow
Referred to: Magistrate Judge Jared C. Bennett
Demand: $5,300,000
Case in other court:  Supreme Court, 21–04128
Cause: 17:0501 Copyright Infringement

Date Filed: 09/16/2020
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Russell G. Greer**

represented by **Russell G. Greer**
1155 S TWAIN AVE STE 108420
LAS VEGAS, NV 89169
801–895–3501
Email: russmark@gmail.com
PRO SE

V.

**Defendant**

**Joshua Moon**
*publisher of the website Kiwi Farms*

represented by **Gregory G. Skordas**
SKORDAS & CASTON LLC
124 S 400 E STE 220
SALT LAKE CITY, UT 84111
801–531–7444
Fax: 801–665–0128
Email: gskordas@schhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D. Hardin**
HARDIN LAW OFFICE
41725 I ST NW STE 300
WASHINGTON, DC 20006
202–802–1948
Email: matthewdhardin@gmail.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stewart B. Harman**
PLANT CHRISTENSEN & KANELL
250 E 200 S STE 340
SALT LAKE CITY, UT 84111
(801)363–7611
Email: sharman@pckutah.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kiwi Farms**                              represented by  **Gregory G. Skordas**
*a website*                                                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew D. Hardin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Lolcow, LLC**                             represented by  **Matthew D. Hardin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2020 | Ï 1 | **\*\*SEALED DOCUMENT\*\*** MOTION for Leave to Proceed in forma pauperis. Assigned to Magistrate Judge Cecilia M. Romero for review, case file forwarded to Magistrate Judge. **(Received by the court on: 09/16/2020)** filed by Plaintiff Russell G. Greer. (Attachments: # 1 Supplement)(dw) (Entered: 09/16/2020) |
| 09/24/2020 | Ï 2 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Cecilia M. Romero on 09/24/2020. (jl) (Entered: 09/24/2020) |
| 09/24/2020 | Ï 3 | COMPLAINT against Kiwi Farms, Joshua Moon **(Originally received by the court on 09/16/2020).** (Fee Status: IFP) filed by Russell G. Greer. (Attachments: # 1 Exhibit A, # 2 Exhibit A1, # 3 Exhibit A2, # 4 Exhibit A3, # 5 Exhibit A4, # 6 Exhibit A5, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R, # 24 Exhibit S, # 25 Exhibit T, # 26 Exhibit U, # 27 Exhibit V, # 28 Exhibit W, # 29 Exhibit X, # 30 Exhibit Y, # 31 Exhibit Z) Assigned to Judge Tena Campbell (jl) (Additional attachment(s) added on 9/24/2020: # 32 Civil Cover Sheet 1) (jl). (Entered: 09/24/2020) |
| 09/24/2020 | Ï 4 | MOTION for Service by Publication or Other Alternative Means filed by Plaintiff Russell G. Greer. (jl) Modified on 9/25/2020: corrected motion relief and entry text (alt) (Entered: 09/24/2020) |
| 09/24/2020 | Ï 5 | Pro Se MOTION for Email Filing and Notification filed by Plaintiff Russell G. Greer. (Attachments: # 1 ENotice Registration Form)(jl) (Entered: 09/24/2020) |
| 09/24/2020 | Ï 6 | Report on the Filing of an action mailed to the Register of Copyrights Office. (Attachments: # 1 Exhibit Complaint) (jl) (Entered: 09/24/2020) |
| 09/25/2020 | Ï 7 | MOTION for Preliminary Injunction filed by Plaintiff Russell G. Greer (alt) (Entered: 09/25/2020) |
| 09/25/2020 | Ï 8 | MEMORANDUM in Support re 7 MOTION for Preliminary Injunction filed by Plaintiff Russell G. Greer (alt) (Entered: 09/25/2020) |

| | | |
|---|---|---|
| 09/29/2020 | I 9 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. Motions referred to Jared C. Bennett. So ordered by Judge Tena Campbell on 9/29/20 (dcket text only – no attached document) (alt) (Entered: 09/29/2020) |
| 10/09/2020 | I 10 | MEMORANDUM DECISION AND ORDER denying 4 Motion for Service by Process; granting 5 Pro Se Motion for Email Filing and Notification. Signed by Magistrate Judge Jared C. Bennett on 10/9/2020. (jwt) (Entered: 10/09/2020) |
| 10/13/2020 | I 11 | DOCKET TEXT ORDER RE–REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(B), Magistrate to handle case up to and including R&R on all dispositive matters. So ordered by Judge Tena Campbell on 10/13/20 (docket text only – no attached document) (alt) (Entered: 10/13/2020) |
| 10/13/2020 | I | MOTION REFERRED per 11 Re–Referral Order – 7 MOTION for Preliminary Injunction: motion referred to Jared C. Bennett (alt) (Entered: 10/13/2020) |
| 12/30/2020 | I 12 | ORDER TO PROPOSE SCHEDULE – Plaintiff must propose a schedule to defendant in the form of a draft Attorney Planning Meeting Report within the earlier of fourteen (14) days after any defendant has appeared or twenty–eight (28) days after any defendant has been served with the complaint. See order for additional instructions. Signed by Judge Tena Campbell on 12/30/20 (alt) (Entered: 12/30/2020) |
| 01/04/2021 | I 13 | NOTICE of Change of Address by Russell G. Greer (alt) (Entered: 01/06/2021) |
| 01/26/2021 | I 14 | ORDER: on or before 2/15/21, plaintiff shall file with the court a listing of the names and addresses of persons upon whom service should be made via the US Marshal or file a renewed motion for alternative service – failure to comply with the 2/15/21 deadline may result in dismissal of this action. The deadline for service is hereby extended to 3/31/21. Signed by Magistrate Judge Jared C. Bennett on 1/26/21 (alt) (Entered: 01/26/2021) |
| 02/10/2021 | I 15 | MOTION for Service by Alternative Method filed by Plaintiff Russell G. Greer (Attachments: # 1 Exhibit A) Motion referred to Jared C. Bennett (alt) (Entered: 02/10/2021) |
| 02/16/2021 | I 16 | MEMORANDUM DECISION AND ORDER granting 15 Motion for Alternative Service (via email): Plaintiff must file an affidavit proving service as required by FRCivP 4(l). Signed by Magistrate Judge Jared C. Bennett on 2/16/21 (alt) (Entered: 02/16/2021) |
| 03/16/2021 | I 17 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Joshua Moon at legal@kiwifarms.net.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (nmt) (Entered: 03/16/2021) |
| 03/18/2021 | I 18 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Kiwi Farms.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (nmt) (Entered: 03/18/2021) |
| 03/22/2021 | I 19 | ACKNOWLEDGMENT OF SERVICE Executed per the 16 Order on Motion for Alternative Service, filed by Russell G. Greer. Kiwi Farms served via email on 3/19/2021, answer due 4/9/2021; Joshua Moon served via email on 3/19/2021, answer due 4/9/2021 (alt) (Entered: 03/22/2021) |
| 04/09/2021 | I 20 | |

| | | |
|---|---|---|
| | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendants Kiwi Farms, Joshua Moon. Motions referred to Jared C. Bennett. Attorney Gregory G. Skordas added to party Kiwi Farms(pty:dft), Attorney Gregory G. Skordas added to party Joshua Moon(pty:dft)(Skordas, Gregory) (Entered: 04/09/2021) |
| 04/09/2021 | 21 | RESPONSE to Motion re 7 MOTION for Preliminary Injunction filed by Defendants Kiwi Farms, Joshua Moon. (Skordas, Gregory) (Entered: 04/09/2021) |
| 04/09/2021 | 22 | Motions No Longer Referred: 20 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (cff) (Entered: 04/09/2021) |
| 04/13/2021 | 23 | Motions No Longer Referred: 7 MOTION for Preliminary Injunction (alt) (Entered: 04/13/2021) |
| 04/13/2021 | 24 | DOCKET TEXT ORDER RE–REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. The magistrate judge is no longer referred on dispositive motions under 28:636(b)(1)(B). So ordered by Judge Tena Campbell on 4/13/21 (docket text only – no attached document) (alt) (Entered: 04/13/2021) |
| 04/20/2021 | 25 | REPLY to Response to Motion re 7 MOTION for Preliminary Injunction filed by Plaintiff Russell G. Greer (Attachments: # 1 Exhibit A–M) (alt) (Entered: 04/20/2021) |
| 05/05/2021 | 26 | MEMORANDUM in Opposition re 20 MOTION to Dismiss for Failure to State a Claim filed by Plaintiff Russell G. Greer (Attachments: # 1 Exhibit A, # 2 Exhibit B) (alt) (Entered: 05/05/2021) |
| 05/07/2021 | 27 | MOTION for Hearing/Oral Argument re 7 MOTION for Preliminary Injunction, 20 MOTION to Dismiss for Failure to State a Claim, filed by Plaintiff Russell G. Greer. Motion referred to Jared C. Bennett (alt) (Entered: 05/07/2021) |
| 05/10/2021 | 28 | Motions No Longer Referred: 27 MOTION for Hearing re 7 MOTION for Preliminary Injunction, 20 MOTION to Dismiss for Failure to State a Claim. (cff) (Entered: 05/10/2021) |
| 05/18/2021 | 29 | ORDER denying 27 Motion for Hearing/Oral Argument. Signed by Judge Tena Campbell on 5/18/21 (alt) (Entered: 05/18/2021) |
| 05/19/2021 | 30 | Defendant's REPLY to Response to Motion re 20 MOTION to Dismiss for Failure to State a Claim filed by Defendants Kiwi Farms, Joshua Moon. (Skordas, Gregory) (Entered: 05/19/2021) |
| 08/07/2021 | 31 | MOTION for Leave to File Supplemental Brief filed by Plaintiff Russell G. Greer (Attachments: # 1 Proposed Supplemental Brief) Motion referred to Jared C. Bennett (alt) (Entered: 08/09/2021) |
| 08/10/2021 | 32 | Motion No Longer Referred to Magistrate Judge Jared C. Bennett: 31 MOTION for Leave to File Supplemental Brief filed by Plaintiff Russell G. Greer. District Judge Tena Campbell will handle the motion. (jcd) (Entered: 08/10/2021) |
| 08/23/2021 | 33 | Defendant's MEMORANDUM in Opposition re 31 MOTION for Leave to File Supplemental Brief filed by Defendants Kiwi Farms, Joshua Moon. (Skordas, Gregory) (Entered: 08/23/2021) |
| 09/05/2021 | 34 | REPLY to Response to Motion re 31 MOTION for Leave to File Supplemental Brief filed by Plaintiff Russell G. Greer (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (alt) (Entered: 09/07/2021) |
| 09/17/2021 | 35 | MOTION for Leave to File Second Supplemental Brief filed by Plaintiff Russell G. Greer (Attachments: # 1 Proposed Second Supplemental Brief) Motion referred to Jared C. Bennett (alt) (Entered: 09/20/2021) |
| 09/21/2021 | 36 | Motion No Longer Referred to Magistrate Judge Jared C. Bennett: 35 MOTION for Leave to File Second Supplemental Brief filed by Plaintiff will be handled by District Court Judge Tena |

| | | | |
|---|---|---|---|
| | | | Campbell. (aja) (Entered: 09/21/2021) |
| 09/21/2021 | | 37 | **VACATED** ORDER AND MEMORANDUM DECISION denying 31 Motion for Leave to File supplemental brief; denying 35 Motion for Leave to File supplemental brief; granting 20 Motion to Dismiss for Failure to State a Claim; denying as moot 7 Motion for Preliminary Injunction. Signed by Judge Tena Campbell on 9/21/21 (alt) Modified Order vacating Judgment per order no 57 on 1/3/2024 (kpf). (Entered: 09/21/2021) |
| 09/21/2021 | | 38 | **VACATED** JUDGMENT that this case is dismissed with prejudice – CASE CLOSED. Magistrate Judge Jared C. Bennett no longer assigned to case. Signed by Judge Tena Campbell on 9/21/21 (alt) Modified – Order Vacating Judgment as per order no. 57 on 1/3/2024 (kpf). (Entered: 09/21/2021) |
| 09/21/2021 | | 39 | Report on the Final Decision of an action mailed to the Register of Copyrights Office (alt) (Entered: 09/21/2021) |
| 09/29/2021 | | 40 | MOTION to Alter Judgment and Memorandum in Support, MOTION to Reopen Case and Memorandum in Support filed by Plaintiff Russell G. Greer. (jrj) (Entered: 09/29/2021) |
| 09/29/2021 | | 41 | DOCUMENTS LODGED consisting of Motion, Proposed Amended Complaint and Proposed Order. Note: attached document lodged for reference purposes only; no response required unless specifically ordered by the court. Lodged per chambers (TC,NL). (Attachments: # 1 Proposed Amended Complaint, # 2 Proposed Order)(jrj) (Entered: 09/30/2021) |
| 10/18/2021 | | 42 | Defendant's MEMORANDUM in Opposition re 40 MOTION to Alter Judgment MOTION to Reopen Case filed by Defendants Kiwi Farms, Joshua Moon. (Skordas, Gregory) (Entered: 10/18/2021) |
| 10/22/2021 | | 43 | REPLY to Response to Motion re 40 MOTION to Alter Judgment MOTION to Reopen Case filed by Plaintiff Russell G. Greer (alt) (Entered: 10/22/2021) |
| 10/26/2021 | | 44 | ORDER AND MEMORANDUM DECISION denying 40 Motion to Alter Judgment; denying 40 Motion to Reopen Case. Signed by Judge Tena Campbell on 10/26/21 (alt) (Entered: 10/26/2021) |
| 10/26/2021 | | 45 | NOTICE OF APPEAL as to 37 Memorandum Decision/Order on Motion for Leave to File, Order on Motion for Preliminary Injunction, Order on Motion to Dismiss for Failure to State a Claim, 38 Judgment, 44 Memorandum Decision/Order on Motion to Alter Judgment, Order on Motion to Reopen Case, filed by Russell G. Greer. Appeals to the USCA for the 10th Circuit. Fee Status: Not Paid. Filing fee $ 505. (alt) (Entered: 10/27/2021) |
| 10/27/2021 | | 46 | Transmission of Preliminary Record to USCA re 45 Notice of Appeal (Attachments: # 1 Appendix) (alt) (Entered: 10/27/2021) |
| 10/27/2021 | | 47 | USCA Case Number Case Appealed to Tenth Circuit Case Number 21–4128 for 45 Notice of Appeal, filed by Russell G. Greer. (jrj) (Entered: 10/28/2021) |
| 10/26/2023 | | 48 | Appellate Rule 39(e) BILL OF COSTS filed by Russell G. Greer (alt) (Entered: 10/26/2023) |
| 11/01/2023 | | 49 | NOTICE of Appearance by Stewart B. Harman on behalf of Joshua Moon (Harman, Stewart) (Entered: 11/01/2023) |
| 11/01/2023 | | 50 | MOTION for Admission Pro Hac Vice of Matthew Hardin , Registration fee $ 50, receipt number AUTDC–4860920,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. |

| | | |
|---|---|---|
| | | Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing.

filed by Defendant Joshua Moon. (Attachments: # 1 Exhibit Application for Pro Hac Vice Admission, # 2 Exhibit Bar Membership List)(Harman, Stewart) (Entered: 11/01/2023) |
| 11/06/2023 | 51 | DOCKET TEXT ORDER granting 50 Motion for Admission Pro Hac Vice of Attorney Matthew D. Hardin for Joshua Moon.

*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf−electronic−case−filing.***A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.***

*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules−practice.*

So ordered by Judge Tena Campbell on 11/6/23 (docket text only − no attached document) (alt) (Entered: 11/06/2023) |
| 12/05/2023 | 52 | ORDER of USCA 10th Circuit as to 45 Notice of Appeal: Appellees' petition for rehearing is denied (alt) (Entered: 12/06/2023) |
| 12/12/2023 | 53 | MANDATE of USCA as to 45 Notice of Appeal. According to the USCA, the judgment of the USDC for the Dist of UT is Reversed and Remanded. Judgment included with mandate: Yes. Case Reopened. (Attachments: # 1 USCA Judgment, # 2 Mandate Cover Letter, # 3 USCA Statement of Costs) (alt) (Entered: 12/12/2023) |
| 12/13/2023 | 54 | ORDER OF RECUSAL: Judge Tena Campbell recused. Case reassigned to Judge David Barlow for all further proceedings − case number is now 2:20cv00647 DBB. Signed by Judge Tena Campbell on 12/13/23 (alt) (Entered: 12/13/2023) |
| 12/26/2023 | 55 | Defendant's MOTION for Scheduling Order *or Conference* filed by Defendants Kiwi Farms, Joshua Moon. Attorney Matthew D. Hardin added to party Kiwi Farms(pty:dft)(Hardin, Matthew) (Entered: 12/26/2023) |
| 12/26/2023 | 56 | Taxation of Costs, signed by Tiffany Brown 12/26/2023 (kpf) (Entered: 12/26/2023) |
| 01/03/2024 | 57 | ORDER VACATING JUDGMENT: re 37 Order on Motion for Leave to File, Order on Motion for Preliminary Injunction, Order on Motion to Dismiss for Failure to State a Claim, Memorandum Decision, 38 Judgment. It is hereby ordered that the courts judgment granting Defendants motion to dismiss is VACATED. The clerk of court is directed to reopen this case. By separate order, the court will direct the parties concerning further scheduling. Signed by Judge David Barlow on 01/03/2024. (kpf) (Entered: 01/03/2024) |
| 01/04/2024 | 58 | ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document. Motions referred to Jared C. Bennett. Signed by Judge David Barlow on 01/04/24. (kbm) (Entered: 01/04/2024) |
| 01/04/2024 | 59 | MOTIONS REFERRED − 55 Defendant's MOTION for Scheduling Order *or Conference*. Motions referred to Jared C. Bennett. Per Chambers. (kpf) Modified to add text on 1/4/2024 (kpf). (Entered: 01/04/2024) |
| 01/04/2024 | 60 | ORDER TO PROPOSE SCHEDULE − See order for details. Signed by Magistrate Judge Jared C. Bennett on 01/04/2024. (haa) (Entered: 01/05/2024) |

| | | |
|---|---|---|
| 01/05/2024 | 61 | DOCKET TEXT ORDER granting 55 Motion for Scheduling Order. The court has issued a new Order to Propose Schedule at 60 . See Order for details. Signed by Magistrate Judge Jared C. Bennett on 01/05/2024. (docket text order; no attached document). (lc) (Entered: 01/05/2024) |
| 01/17/2024 | 62 | Defendant's MOTION for Joinder and Memorandum in Support re 3 Complaint,,, filed by Defendants Kiwi Farms, Joshua Moon. Motions referred to Jared C. Bennett.(Hardin, Matthew) (Entered: 01/17/2024) |
| 01/17/2024 | 63 | Defendant's MOTION for More Definite Statement and Memorandum in Support filed by Defendants Kiwi Farms, Joshua Moon. Motions referred to Jared C. Bennett.(Hardin, Matthew) (Entered: 01/17/2024) |
| 01/17/2024 | 64 | MOTION to Change Venue and Memorandum in Support filed by Defendants Kiwi Farms, Joshua Moon. (Attachments: # 1 Affidavit of Joshua Moon) Motions referred to Jared C. Bennett.(Hardin, Matthew) (Entered: 01/17/2024) |
| 01/17/2024 | 65 | Defendant's MOTION to Strike 3 Complaint,,, and Memorandum in Support filed by Defendants Kiwi Farms, Joshua Moon. Motions referred to Jared C. Bennett.(Hardin, Matthew) (Entered: 01/17/2024) |
| 01/17/2024 | 66 | *Defendants'* ANSWER to 3 Complaint,,, filed by Kiwi Farms, Joshua Moon.(Hardin, Matthew) (Entered: 01/17/2024) |
| 01/18/2024 | 67 | ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(B), Magistrate Judge to handle case up to and including R&R on all dispositive matters. Referral is changed from a (b)(1)(A) to a (b)(1)(B). No attached document. Signed by Judge David Barlow on 1/18/24. (kbm) (Entered: 01/18/2024) |
| 01/18/2024 | 68 | MOTION to Amend/Correct 3 Complaint,,, and Memorandum in Support , MOTION to Substitute Party and Memorandum in Support , MOTION to Intervene and Memorandum in Support filed by Defendants Kiwi Farms, Joshua Moon, Lolcow, LLC. Motions referred to Jared C. Bennett. Attorney Matthew D. Hardin added to party Lolcow, LLC(pty:dft)(Hardin, Matthew) (Entered: 01/18/2024) |
| 01/19/2024 | 69 | MOTIONS REFERRED – 62 Defendant's MOTION for Joinder and Memorandum in Support re 3 Complaint 65 Defendant's MOTION to Strike 3 Complaint and Memorandum in Support , 64 MOTION to Change Venue and Memorandum in Support , 63 Defendant's MOTION for More Definite Statement and Memorandum in Support . Motions referred to Jared C. Bennett. Per Chambers. (kpf) (Entered: 01/19/2024) |
| 01/19/2024 | 70 | NOTICE of Change of Address by Russell G. Greer (kpf) (Entered: 01/19/2024) |
| 01/19/2024 | 71 | MOTION for Extension of Time to File Response/Reply as to 62 Defendant's MOTION for Joinder and Memorandum in Support re 3 Complaint; 65 Defendant's MOTION to Strike 3 Complaint and Memorandum in Support , 64 MOTION to Change Venue and Memorandum in Support filed by Plaintiff Russell G. Greer. Motions referred to Jared C. Bennett.(kpf) (Entered: 01/19/2024) |
| 01/19/2024 | 72 | Defendant's RESPONSE to Motion re 71 MOTION for Extension of Time to File Response/Reply as to 62 Defendant's MOTION for Joinder and Memorandum in Support re 3 Complaint,,,, 65 Defendant's MOTION to Strike 3 Complaint,,, and Memorandum in Support filed by Defendants Kiwi Farms, Joshua Moon. (Hardin, Matthew) (Entered: 01/19/2024) |
| 01/22/2024 | 73 | ORDER: granting in part and denying in part 71 Motion for Extension of Time to File Response/Reply. 1. Mr. Greer shall file responses to Defendants Motion for Joinder, Defendants Motion for More Definite Statement, Defendants Motion to Change Venue, and Defendants Motion to Strike Complaint by February 29, 2024.2. Mr. Greer shall file a response to Defendants Motion to Correct Complaint/Motion to Intervene/Motion to Substitute14 by March 1, 2024. Mr. Greer has |

| | | |
|---|---|---|
| | | established no reason why the court should order the filing of a Reply to Defendants Answer. Consequently, the court DENIES Mr. Greers request to file a Reply to the Answer. Responses due by 2/29/2024. Signed by Magistrate Judge Jared C. Bennett on 01/22/2024. (kpf) Modified to correct text on 1/22/2024 (kpf). (Entered: 01/22/2024) |
| 02/01/2024 | 74 | NOTICE of Regarding Scheduling by Kiwi Farms, Lolcow, LLC, Joshua Moon re 60 Order to Propose Schedule (Attachments: # 1 Exhibit A (email regarding scheduling), # 2 Exhibit B (email regarding scheduling)) (Hardin, Matthew) (Entered: 02/01/2024) |
| 02/01/2024 | 75 | ERRATA to 74 Notice (Other) filed by Defendants Kiwi Farms, Joshua Moon *(Corrected due to Error)*. (Attachments: # 1 Exhibit A (email regarding scheduling), # 2 Exhibit B (email regarding scheduling))(Hardin, Matthew) (Entered: 02/01/2024) |
| 02/02/2024 | 76 | RESPONSE to 74 Defendants Notice filed by Russell G. Greer. (kpf) (Entered: 02/02/2024) |
| 02/07/2024 | 77 | MOTION to Stay to Stay Proceedings for 90 days filed by Plaintiff Russell G. Greer. (Attachments: # 1 Exhibit A) Motions referred to Jared C. Bennett.(kpf) (Entered: 02/07/2024) |
| 02/07/2024 | 78 | NOTICE of Erroneous Certificate of Service by Kiwi Farms, Joshua Moon re 77 MOTION to Stay (Attachments: # 1 Supplement ECF Notice from Court, # 2 Supplement Transmittal Email from Plaintiff) (Hardin, Matthew) (Entered: 02/07/2024) |
| 02/07/2024 | 79 | RESPONSE re 78 Notice filed by Russell G. Greer. (kpf) (Entered: 02/07/2024) |
| 02/07/2024 | 80 | RESPONSE to Motion re 77 MOTION to Stay filed by Defendants Kiwi Farms, Joshua Moon. (Hardin, Matthew) (Entered: 02/07/2024) |
| 02/08/2024 | 81 | NOTICE of SUPPLEMENTAL AUTHORITY by Kiwi Farms, Joshua Moon re 80 Response to Motion (Attachments: # 1 Supplement Email from Attorney Andrew Grimm) (Hardin, Matthew) (Entered: 02/08/2024) |
| 02/08/2024 | 82 | MEMORANDUM in Support re 77 MOTION to Stay filed by Plaintiff Russell G. Greer. (kpf) (Entered: 02/08/2024) |
| 02/08/2024 | 83 | NOTICE of Incorrect Certificate of Service by Kiwi Farms, Joshua Moon re 82 Memorandum in Support of Motion (Attachments: # 1 ECF Notice from Court, # 2 Greer Service Email) (Hardin, Matthew) (Entered: 02/08/2024) |
| 02/08/2024 | 84 | RESPONSE re 83 Notice Regarding Erroneous Certificate of Service filed by Russell G. Greer. (kpf) (Entered: 02/08/2024) |
| 02/08/2024 | 85 | RESPONSE re 81 Notice of Supplemental Authority filed by Russell G. Greer. (kpf) (Entered: 02/08/2024) |
| 02/08/2024 | 86 | REPLY to Response to Motion re 77 MOTION to Stay filed by Plaintiff Russell G. Greer. (Attachments: # 1 Exhibit A)(kpf) (Entered: 02/08/2024) |
| 02/08/2024 | 87 | OBJECTIONS to 86 Reply Memorandum/Reply to Response to Motion, 82 Memorandum in Support of Motion filed by Kiwi Farms, Joshua Moon. (Hardin, Matthew) (Entered: 02/08/2024) |
| 02/08/2024 | 88 | OBJECTIONS to 86 Reply Memorandum/Reply to Response to Motion, 82 Memorandum in Support of Motion *(Corrected Due to Error)* filed by Kiwi Farms, Joshua Moon. (Hardin, Matthew) (Entered: 02/08/2024) |
| 02/09/2024 | 89 | RESPONSE to Corrected Objection re 88 Objections filed by Russell G. Greer. (kpf) (Entered: 02/09/2024) |
| 02/09/2024 | 90 | ERRATA to 82 Memorandum in Support of Motion filed by Plaintiff Russell G. Greer. (kpf) (Entered: 02/09/2024) |

| | | |
|---|---|---|
| 02/10/2024 | 91 | NOTICE of Returned Mail by Kiwi Farms, Joshua Moon re 68 MOTION to Amend/Correct 3 Complaint,,, and Memorandum in Support MOTION to Substitute Party and Memorandum in Support MOTION to Intervene and Memorandum in Support (Attachments: # 1 Returned Mail) (Hardin, Matthew) (Entered: 02/10/2024) |
| 02/22/2024 | 92 | MOTION TO COMPEL COMPLIANCE WITH SCHEDULING ORDER OR FOR ALTERNATIVE RELIEF re 60 Order to Propose Schedule filed by Defendants Kiwi Farms, Joshua Moon. Motions referred to Jared C. Bennett.(Hardin, Matthew) (Entered: 02/22/2024) |
| 03/06/2024 | 93 | Letter from US Supreme Court re: Notice of Petition for Writ of Certiorari re 45 Notice of Appeal,. Supreme Court Case Number 21–4128. (jrj) (Entered: 03/06/2024) |
| 03/09/2024 | 94 | NOTICE of Returned Mail by Kiwi Farms, Joshua Moon re 91 Notice (Other), 70 Notice of Change of Address , 55 Defendants' Motion for Scheduling Order or Conference (Attachments: # 1 Exhibit Mail Returned Undeliverable) (Hardin, Matthew) (Entered: 03/09/2024) |
| 03/11/2024 | 95 | RESPONSE re 94 Notice filed by Russell G. Greer. (kpf) (Entered: 03/11/2024) |
| 03/14/2024 | 96 | MEMORANDUM DECISION & Order: denying 77 Motion to Stay. Signed by Magistrate Judge Jared C. Bennett on 03/13/2024. (kpf) (Entered: 03/14/2024) |
| 03/20/2024 | 97 | MEMORANDUM DECISION & Order: Granting 64 Motion to Change Venue; Denying as Moot 92 MOTION TO COMPEL COMPLIANCE WITH SCHEDULING ORDER OR FOR ALTERNATIVE RELIEF. Signed by Magistrate Judge Jared C. Bennett on 03/20/2024. (kpf) (Entered: 03/20/2024) |