UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

Russell Greer,

                 Plaintiff,

v.

Joshua Moon, *et al.*,

                 Defendants.

Case No. 3:24-cv-00122-MCR-ZCB

## MOTION TO APPEAR *PRO HAC VICE*

NOW COME the Defendants, by and through undersigned counsel, and move that this Court admit Matthew Hardin *pro hac vice*. In support of this Motion, Defendants state as follows:

1. Mr. Hardin graduated from the Appalachian School of Law in Grundy, Virginia in May 2014. He was first admitted to the practice of law in Virginia that same year,[1] and was thereafter admitted to practice law in multiple other jurisdictions, as is set forth in the attached list detailing his full admission history in various state and federal courts.

2. Mr. Hardin currently maintains his principal office for the practice of law in the District of Columbia. He is not admitted to practice law in Florida. He is in good standing in all jurisdictions where he has been admitted, and is not subject to disciplinary action in any jurisdiction.

---

[1] Mr. Hardin was admitted to the Virginia State Bar on 10/16/2014, and to the Virginia Supreme Court on 12/03/2014. He thus has two separate dates of admission in Virginia.

3. Mr. Hardin has regularly represented Mr. Moon in various matters in other states since approximately the fall of 2020. He appeared *pro hac vice* in this case prior to transfer, while it was pending in Utah. Mr. Hardin seeks to continue to represent the Defendants before this Court.

4. Mr. Hardin has registered for e-filing in this Court and has satisfied all requirements relating to such registration, to include certifying familiarity with this Court's procedural rules and completion of the electronic exam.

    Respectfully submitted this the 21st day of March, 2024,

/s/Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for the Defendants*