# Matthew D. Hardin
## Bar Admissions List

State Bar Memberships:

District of Columbia, Admitted 07/08/2016, Bar # 1032711
Maryland, Admitted 03/16/2020, Bar # 20031600003
Minnesota, Admitted 07/06/2015, Bar # 0397178
New York, Admitted 10/17/2022, Bar # 5899596
North Dakota, Admitted 04/20/2015, Bar # 08212
Vermont, Admitted 07/23/2018, Bar # 5815
Virginia, Admitted 10/16/2014, Bar # 87482
Washington State, Admitted 07/09/2018, Bar # 53772

Federal District Courts:

U.S. District Court for the District of Colorado, Admitted 07/15/2015, No Bar # Issued
U.S. District Court for the District of Columbia, Admitted 05/04/2015, No Bar # Issued
U.S. District Court for the District of Maryland, Admitted on 5/21/2021, Bar # 21827
U.S. District Court for the Western District of Michigan, Admitted 12/16/2014, No Bar # Issued
U.S. District Court for the Eastern District of Missouri, Admitted 5/11/2021, Bar # 1032711DC
U.S. District Court for the Southern District of New York, Admitted 7/27/2021, Bar #5815(VT)
U.S. District Court for the District of North Dakota, Admitted 12/17/2014, No Bar # Issued
U.S. District Court for the Northern District of Oklahoma, Admitted 09/03/2020, No Bar # Issued
U.S. District Court for the Western District of Oklahoma, Admitted 08/26/2020, No Bar # Issued
U.S. District Court for the Southern District of Texas, Admitted 09/14/2022, Bar # 3791459
U.S. District Court for the District of Vermont, Admitted 6/25/2021, No Bar # Issued
U.S. District Court for the Eastern District of Virginia, Admitted 01/05/2015, No Bar # Issued
U.S. District Court for the Western District of Virginia, Admitted 12/17/2014, No Bar # Issued
U.S. District Court for the Western District of Wisconsin, Admitted 12/15/2014, No Bar # Issued

Federal Appellate Courts:

U.S. Supreme Court, Admitted 01/16/2018, Bar # 304395
U.S. Court of Appeals for the District of Columbia Circuit, Admitted 3/10/2021, No Bar # Issued
U.S. Court of Appeals for the First Circuit, Admitted 3/10/2020, Bar # 1193689
U.S. Court of Appeals for the Second Circuit, Admitted 8/9/2021, No Bar # Issued
U.S. Circuit Court of Appeals for the Fourth Circuit, Admitted 12/12/2014, No Bar # Issued
U.S. Circuit Court of Appeals for the Sixth Circuit, Admitted 12/30/2014, No Bar # Issued
U.S. Circuit Court of Appeals for the Tenth Circuit, Admitted 10/18/2023, No Bar # Issued

Federal Article I Courts:

U.S. Court of Appeals for the Armed Forces, Admitted 09/04/2020, Bar # 37400
U.S. Court of Appeals for Veterans Claims, Admitted 09/21/2020, No Bar # Issued
U.S. Air Force Court of Criminal Appeals, Admitted 06/15/2021 No Bar # Issued
U.S. Navy-Marine Corps Court of Criminal Appeals, Admitted 09/29/2020, No Bar # Issued
U.S. Tax Court, Admitted 4/5/2021, Bar # HM21203

**Matthew D. Hardin**
**Bar Admissions List**

Tribal Courts:

Cherokee Nation Supreme Court, Admitted 11/04/2020, Bar #0788
Muscogee (Creek) Nation Supreme Court, Admitted 09/04/2020, Bar # 1027