UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL G. GREER

    VS                                                                                                                                CASE NO.   3:24-cv-00122-MCR-ZCB

JOSHUA MOON, et al.

### NOTICE REGARDING ADMISSION TO PRACTICE

**To:**    STEWART B. HARMAN
250 E 200 S
STE 340
SALT LAKE CITY, UT 84111

The above-styled case has been filed in the Northern District of Florida and you are listed as counsel or co-counsel of record for the **DEFENDANT**. Our records indicate, however, that you are not admitted to the bar of this District. Pursuant to Rule 11.1, you **must** be admitted to practice in the Northern District of Florida.

Please refer to the attorney admission procedures on our website: www.flnd.uscourts.gov. Select "Attorney Admission" from the Attorneys tab and complete the required steps. Non-Florida Bar members must register for pro hac vice admission. If you have any questions regarding admission, contact the Clerk's Office Attorney Admission Clerk at 850-470-8127.

After your admission is complete, you must file a notice of appearance to be listed on the docket as counsel of record and to receive Notice of Electronic Filings.

                                                                               JESSICA J. LYUBLANOVITS
                                                                               CLERK OF COURT

March 21, 2024                                                              *s/ Jennifer F. Johnson*
DATE:                                                                            Deputy Clerk