

ASN PAC    Get Involved    Resources    Contact    Blog

# A Safer Nevada

## Contact A Safer Nevada

1155 E Twain Ave , Ste 108420, Las Vegas, 89169

contact@asafernevada.org

   



©2023 by A Safer Nevada.