UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREER

vs                                                              CASE NO.        3:24cv122-MCR/ZCB

MOON, et al.
_____/

NOTICE OF TELEPHONIC HEARING

**TAKE NOTICE** a proceeding in this case has been scheduled for the place, date and time set forth below:

**Place:**          United States District Court
                    One North Palafox Street
                    Pensacola, FL 32502

**Location:**       Courtroom 3 South

**Date:**           April 4, 2024

**Time:**           3:00pm CST

**Proceeding:**     Telephonic Status Conference (dial-in instructions will be provided) before the Honorable Zachary C. Bolitho, U.S. Magistrate Judge

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

March 26, 2024                              /**s**/ *Sylvia Williams*
DATE:                                        Deputy Clerk

Copies furnished to:

Counsel of Record