UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL GREER,
    Plaintiff,

v.                                                   Case No.: 3:24cv122/MCR/ZCB

JOSHUA MOON, et al.,
    Defendants.
_____/

## ORDER

This matter is before the Court on Matthew Hardin's "Motion to Appear *Pro Hac Vice*." (Doc. 99). Based on the motion and supporting documentation, the Court finds that Mr. Hardin has satisfied the requirements of this district to appear *pro hac vice*. *See* N.D. Fla. Loc. R. 11.1; https://www.flnd.uscourts.gov/attorney-information.

Accordingly, it is **ORDERED** that Mr. Hardin "Motion to Appear *Pro Hac Vice*" (Doc. 99) is **GRANTED**. Mr. Hardin is authorized to appear *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.** This the 25th day of March 2024.

                                                    /s/ *Zachary C. Bolitho*
                                                    Zachary C. Bolitho
                                                    United States Magistrate Judge