UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL G. GREER,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 3:24cv122/MCR/ZCB

JOSHUA MOON, et al.,
    Defendants.
_____/

## ORDER

This case was recently transferred from the United States District Court for the District of Utah.  (Doc. 97).  Soon after the case was transferred, this Court scheduled a status conference for Thursday, April 4, 2024.  (Doc. 102).  Plaintiff has since objected to the transfer of this case and filed various motions in the United States District Court for the District of Utah regarding the propriety of the transfer.  Those motions remain pending.  In light of these pending motions and in the interest of conserving judicial resources, the Court **CANCELS** the status conference scheduled for April 4, 2024.  Counsel for Defendants is hereby **ORDERED** to file a status update in this Court once Plaintiff's pending motions are ruled upon by the United States District Court for the District of Utah.

**DONE AND ORDERED** this 2nd day of April 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge