UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

RUSSELL GREER,

        *Plaintiff,*

v.

JOSHUA MOON, *et al.*,

        *Defendants*.

Case No. 3:24-cv-00122-MCR-ZCB

## STATUS UPDATE

NOW COME the Defendants, by and through their undersigned counsel, and pursuant to this Court's order entered April 2, 2024 (ECF No. 105), and state as follows:

1) The U.S. District Court for the District of Utah entered an order denying as Moot all of Plaintiff's motions, and noting that the Utah court had no jurisdiction over this case after it was transferred to Florida, on April 23, 2024. That order is attached hereto.

2) Mr. Greer remains procedurally defaulted in every respect. Mr. Greer has responded to none of the Defendants' motions, as set forth by Defendants in this Court at ECF No. 101. Mr. Greer has made no Rule 26 disclosures. Mr. Greer has entirely failed to participate substantively in this litigation, including after Defendants reminded Mr. Greer on several occasions (and as recently as April 4, 2024 via email), that Mr. Greer's continued failure to adhere to any scheduling orders or to comply with any Rule 26 obligations, as well as Mr. Greer's failure to provide an address for service of process, prejudice the Defendants' substantive rights.

WHEREFORE, the Defendants respectfully submit that the Plaintiff has made clear that he does not intend to participate in this litigation, and Defendants request that the Court issue an appropriate order to advance this case as requested at ECF No. 101.

Respectfully submitted this the 23rd day of April, 2024,

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed via CM/ECF this 23rd day of April, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to:

1. The address Mr. Greer provided in an exhibit, but nevertheless insists is not accurate:

   Russell Greer
   1155 East Twain Avenue, Suite 108420
   Las Vegas, NV

2. The address Mr. Greer has provided to the Court:

   Russell Greer
   1155 South Twain Avenue, Suite 108420
   Las Vegas, NV 89169

3. Mr. Greer's home address:

   Russell Greer
   3651 Arville St. Apt 711
   Las Vegas, NV 89103

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

/s/ Matthew D. Hardin
Matthew D. Hardin

2