Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE NORTHERN DISTRICT OF FLORIDA (Pensacola Division)

| | |
|---|---|
| RUSSELL G. GREER, | |
| Plaintiff | **PLAINTIFF'S MOTION TO ACCESS CM/ECF OR ALTERNATIVE MOTION TO EMAIL DOCUMENTS TO DESIGNATED EMAIL ADDRESS** |
| v. | |
| JOSHUA MOON, publisher of the website Kiwi Farms, **and KIWI FARMS,** a website | Case No.: 3:24-cv-00122-MCR-ZCB |
| Defendants | Judge<br>Magistrate Judge: |



FILED USDC FLND PN
MAY 10 '24 AM 11:58

1

Plaintiff Russell Greer comes now and says:

## INTRODUCTION

This case was transferred to the Northern District of Florida on 04-30-24 after the District of Utah unfairly granted a motion to transfer.

Because Plaintiff is a pro se litigant, he has no access to the Court filing system. In the District of Utah, Plaintiff would email his documents to a designated Court docketing email, which would then file the documents into the ECF system.

Now that the case is transferred, Plaintiff tried calling the Courthouse to see how he can email the documents. The lady who answered the phone was really rude and snarky and said to put them in an envelope and mail them.

## MOTION TO USE COURT ECF SYSTEM

Because of the costs of having to mail multi page documents, and for speedy delivery to all parties, Plaintiff kindly requests access to the Court ECF system, so that he can file documents at low cost. As it stands now, Plaintiff has to print his documents off at FedEx and then have FedEx mail the documents to the Court. This is a time consuming process, that can vary between $15 to $30 for each document needing to be shipped — just to the Court. Plaintiff also has to mail documents to opposing Counsel.

Obviously, using the ECF system only takes a few clicks and doesn't require money to use. But this is a service only reserved for attorneys.

Not being able to use this system puts Plaintiff at an unfair disadvantage because it takes a greater effort to mail documents.

Therefore, Plaintiff requests for the Court to permit him to use the CM/ECF system.

## ALTERNATIVE MOTION TO EMAIL DOCUMENTS TO COURT EMAIL

If the request to use the CM/ECF system is denied. Plaintiff requests to be able to email documents to a Court docketing email or to the Court's chambers to be filed. Again, this would save him lots of money.

## CONCLUSION

Plaintiff kindly requests CM/ECF access or in the alternative, the permission to email documents.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**05-02-24**

3

## Certificate of Service

Plaintiff affirms that service was made to Defendants via email on 5-2-24 and that said attorney for defendants is Matthew Hardin.



Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, NV 89169

U.S. District of Northern Fl
Pensacola DiVision
One North Palafox St.
Pensacola, Fl 32502

MAY 10 2024