**From:** Russell Greer RussMark@gmail.com 
**Subject:** Motion
**Date:** May 8, 2024 at 6:01 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Put in the mail last week. Unsure when will arrive.

**greer v kiwi farms request for access to filing.pdf**
119 KB