**From:** Russell Greer RussMark@gmail.com
**Subject:** Another motion in the mail
**Date:** May 9, 2024 at 3:30 PM
**To:** Matthew Hardin  matthewdhardin@gmail.com

Good afternoon.

I'm sending this to you for you to receive. I put this in the mail yesterday.



**greer v kiwi farms request to respond to deadlinrdlds.pdf**
5.1 MB

Sent from my iPhone