**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Another motion in the mail
**Date:** May 9, 2024 at 11:27 PM
**To:** Russell Greer RussMark@gmail.com



Can you explain to me why you stated in the certificate of service that you served this on me via email on May 4, despite that your email below is dated May 9 (five days later) and that you state below that you placed it in the mail "yesterday" (May 8)?

Can you also explain what your actual mailing address is? As indicated now on seven occasions, we cannot serve you on South Twain Avenue because South Twain Avenue does not exist.

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 9, 2024, at 3:28 PM, Russell Greer <RussMark@gmail.com> wrote:
>
> Good afternoon.
>
> I'm sending this to you for you to receive. I put this in the mail yesterday.
>
> <greer v kiwi farms request to respond to deadlinrdlds.pdf>
>
> Sent from my iPhone