**From:** Matthew Hardin matthewdhardin@gmail.com 
**Subject:** Fifth Request for Accurate Address
**Date:** May 1, 2024 at 5:16 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

Good afternoon, Mr. Greer.

The purpose of this email is to ask again (as I previously asked in emails dated April 27, 2024, April 26, April 23, and April 4, 2024) for a valid address at which you can receive legal process. **Please provide a valid address and file it with the court.**

We have lacked a valid address for you since at least February 10, 2024 (ECF No. 91). Indeed, you filed at ECF No. 95 a receipt indicating that the "South" Twain address is incorrect. To help with any "confusion" on your part, I have attached below two maps of Las Vegas, Nevada. As depicted in the below maps, Twain Avenue is a discontinuous street which runs generally eastwards and westwards in Las Vegas. East Twain Avenue terminates at Sands Avenue. West Twain Avenue terminates at Dean Martin Drive (which runs north and south). There is no "South" Twain Avenue. It therefore goes without saying that it is impossible for us to serve you on South Twain Avenue.





As you know, it is very important that we have a viable address at which to serve you with process. As the most recent court to dismiss your claims against Taylor Swift held, proper service "goes to the very heart of a court's ability to hear the case." *Greer v. Swift*, No. 3:20-cv-00436, 2020 U.S. Dist. LEXIS 261611, at *3 (M.D. Tenn. Dec. 14, 2020). I am reminded that one of Ms. Swift's first hits was about a "letter that you never read." Let's try to avoid a situation in which you never read our pleadings, and get this fixed.

Thanks,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com