

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Motion to retransfer
**Date:** May 15, 2024 at 8:35 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Because I typed if yesterday, sir, and did not get the chance to email it to you. No foul meant.

As for address, I need to know what it is you are trying to serve on me.

Sent from my iPhone

> On May 15, 2024, at 5:28 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> The certificate of service on this document reflects service on 5-14, but your email to me is dated 5-15. Can you explain that discrepancy?
>
> Also, as indicated now on 8 separate occasions, can you provide us a valid address for service of process? South Twain still does not exist, and we still cannot serve you there.
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> NYC Office: 212-680-4938
> DC Office: 202-802-1948
> Cell Phone: 434-202-4224
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On May 15, 2024, at 8:17 AM, Russell Greer <RussMark@gmail.com> wrote:
>>
>> Good morning,
>>
>> This is being put in the mail.
>>
>> Thanks.
>>
>> <greer v kiwi farms motion to retransfer venue.pdf>