**EXHIBIT B**



**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Request for Payment
**Date:** April 26, 2024 at 4:55 PM
**To:** Russell Greer russmark@gmail.com

Good afternoon,

You moved for and received a one month extension. You moved for three extra months and were denied. I think what you'll find is that time for seeking an extension is quite far in the rearview mirror, as evidenced by the most recent denial of your request for a stay and your multiple motions to vacate and reconsider that denial. We would also remind you that the District Court held at ECF No. 96, p. 6, that you "must participate in this case," but that you have consistently failed in every respect to do so. If you are confused by litigation, you should dismiss this case and stop your pattern of vexatious litigation nationwide. The proper response to your "confusion" is not file dozens of lawsuits and other miscellaneous civil actions in at least three states and to continue to drive up costs for those who refuse to accede to your demands.

We also still haven't received Rule 26 disclosures or a valid address for service of process. ==We decline to tell you what pleadings we plan to serve upon you before they are served; the justice system requires that you provide a valid address regardless. Like every other litigant, you will learn the content of our pleadings when you are served with them. There is no obligation for us to inform you ahead of time what claims we intend to bring against you.==

We decline to settle on your proposed terms, as set forth in my email of April 4. In the meantime, **please provide your address for service of process and your Rule 26 disclosures** so that we can litigate this case in accordance with the ordinary rules of civil procedure.

Have a great weekend.

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Apr 26, 2024, at 3:57 PM, Russell Greer <russmark@gmail.com> wrote:
>
> How do you get off on saying I haven't participated when I clearly stated I was confused? And serve me with what?
>
> I simply want to settle this, sir. I am not your slave and I am not Joshua Moon's slave.
>
> I'm filing requests to extend the deadlines to respond to your many motions from January
>
> Sent from my iPhone
>
>> On Apr 23, 2024, at 10:16 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Mr. Greer,
>>
>> Please see the attached. Please note that I still need a valid mailing and physical address from you to service you with process, and that I do not in any way consent to serve you via email.
>> <GreerMoonApril23Fla.pdf>
>> <greerapril23.pdf>
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> NYC Office: 212-680-4938
>> DC Office: 202-802-1948
>> Cell Phone: 434-202-4224
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***