UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

RUSSELL GREER,

               *Plaintiff*,

v.

JOSHUA MOON, *et al.*,

               *Defendants*.

Case No. 1:24-cv-122

## NOTICE REGARDING INCORRECT CERTIFICATE OF SERVICE

NOW COME the Defendants, by and through undersigned counsel, and give Notice that yet another of the Plaintiff's filings in this matter, specifically ECF No. 123, bears an incorrect certificate of service.[1]

A true and correct copy of Mr. Greer's transmittal email for the document filed at ECF No. 123, which was dated May 15, 2024, is attached hereto as Exhibit A. A true and correct copy of an email undersigned counsel sent to Mr. Greer inquiring as to the incorrect date on his certificate of service is attached hereto as Exhibit B. A true and correct copy of Mr. Greer's response (in which he admits his certificate of service is erroneous) is attached as Exhibit C.

As indicated in Exhibit B, the Defendants still do not have any accurate address at which to serve Mr. Greer with appropriate documents and compulsory process. As indicated in Exhibit C, Mr. Greer continues to refuse to provide any accurate address at which he can be served with pleadings or compulsory process despite multiple demands from the Defendants.

---

[1] Mr. Greer has previously filed incorrect, erroneous, and/or fraudulent certificates of service on multiple occasions, as noted at ECF Nos. 78, 83, and 120.

1

Respectfully submitted this the 21st day of May, 2024,

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed via CM/ECF this 21st day of May, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to:

1. The address Mr. Greer provided in an exhibit at ECF No. 95 at 5, but nevertheless insists is not accurate:

    Russell Greer
    1155 East Twain Avenue
    Suite 108420
    Las Vegas, NV 89169

2. The address Mr. Greer has provided to the Court:

    Russell Greer
    1155 South Twain Avenue
    Suite 108420
    Las Vegas, NV 89169

3. Mr. Greer's home address:

    Russell Greer
    3651 Arville St. Apt 711
    Las Vegas, NV 89103

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

I have served this document on multiple physical addresses and also via email for the same reasons set forth at ECF No. 120 at 5-8.

Dated: May 21, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com