

**From:** Russell Greer RussMark@gmail.com
**Subject:** Motion to retransfer
**Date:** May 15, 2024 at 8:18 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Good morning,

This is being put in the mail.

Thanks.

greer v kiwi farms motion to retransfer venue.pdf
1.7 MB