**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Motion to retransfer
**Date:** May 21, 2024 at 9:43 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

Matthew,

Are you an actual lawyer? You protest the dumbest stuff possible. You have a pattern of doing this and it makes me wonder (a) are you just really bored or (b) do you just find the dumbest shit to nitpick?

I explained myself and im tired of dealing with this.

I will be notifying the court of your pattern of frivolous notices.

Sent from my iPhone

> On May 21, 2024, at 6:34 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Please see attached.
> <ExBMay21.pdf>
> <ExAMay21.pdf>
> <ExCGreerMay21.pdf>
> <GreerMay21noticeflattened.pdf>
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> NYC Office: 212-680-4938
> DC Office: 202-802-1948
> Cell Phone: 434-202-4224
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On May 15, 2024, at 8:34 AM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Because I typed if yesterday, sir, and did not get the chance to email it to you. No foul meant.
>>
>> As for address, I need to know what it is you are trying to serve on me.
>>
>> Sent from my iPhone
>>
>>> On May 15, 2024, at 5:28 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> The certificate of service on this document reflects service on 5-14, but your email to me is dated 5-15. Can you explain that discrepancy?
>>>
>>> Also, as indicated now on 8 separate occasions, can you provide us a valid address for service of process? South Twain still does not exist, and we still cannot serve you there.
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> NYC Office: 212-680-4938
>>> DC Office: 202-802-1948
>>> Cell Phone: 434-202-4224
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>>
>>>> On May 15, 2024, at 8:17 AM, Russell Greer <RussMark@gmail.com> wrote:
>>>>
>>>> Good morning,
>>>>
>>>> This is being put in the mail.
>>>>
>>>> Thanks.