Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE NORTHERN DISTRICT OF FLORIDA (Pensacola Division)

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S RESPONSE TO. DEFENDANTS' NOTICE OF CERTIFICATE OF SERVICE ERROR** |
| Plaintiff | |
| v. | Case No.: 3:24-cv-00122-MCR-ZCB |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Judge Magistrate  Judge: |
| Defendants | |

FILED USDC FLND PN
MAY 24 '24 AM10:48


1

Plaintiff Russell Greer comes now and says: there was no error of certificate of service. Counsel for Defendants (Matthew Hardin) has a pattern of bringing forth vexatious notices regarding certificate of service "errors". As will be established, Defendants were properly notified of the Motion to Retransfer.

### Motion to Retransfer was Typed on 5-14-24

Plaintiff typed the motion to Retransfer on 5-14-24. It was later in the day when he typed it and he didn't have a chance to put in the mail or to email to Mr. Hardin.

### Emailed to Hardin on 5-15-24

As stated in the certificate, he was emailing to Hardin and sending it via FedEx. He emailed the Motion on May 15th, 2024 at 5:08 AM PST. **EXHIBIT A.** In fact, it was one of the first things Greer did that morning. At 5:28 AM PST, Hardin demanded to know why there were discrepancies. Greer calmly replied at 5:35 AM PST that he didn't get the chance to email it and meant "no foul". **EXHIBIT B.** This was the absolute truth.

### Spent $10.00 Fedexing to Mr. Hardin

To further ensure Hardin received the Motion, Greer spent $10 printing off the Motion and sending to Mr. Hardin's office address in Washington DC. **EXHIBIT C.** Due to his busy schedule, Greer couldn't ship the Motion until the very next day. FedEx shows the package was received on Monday, 5-20-24. **EXHIBT D.**

If the Court reads the certificate of service, it clearly stated that the motion was "being Fedexed" to defendants, meaning: it was in the process of being put in the mail.

### No error or harms suffered by Hardin or Defendants

With the timeline established, Hardin nor his clients suffered any harm. They received the motion electronically and through the mail all within one and two days of the date of certificate of service. Plaintiff is doing his ABSOLUTE BEST he can to do everything as a pro se litigant. It is exhausting having to answer to frivolous notices of Defendants.

**Having access to the CMCF would make this process a lot smoother**

Since this is not the first time defendants have complained about the date of service, which will be established in a proceeding document, it would help all parties if Plaintiff could be given access to the electronic case filing system and if he could be given e notices of docket filings. Plaintiff made this motion for CMCF access in an earlier filing and is unsure if the Court received.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**05-22-24**

**<u>Certificate of Service</u>**

Plaintiff affirms that service was made to Defendants via email on 5-22-24 and that said attorney for defendants is Matthew Hardin. Documents are also being fedexed.to Mr. Hardin's address at

1725 I Street NW. Suite 300
Washington, DC 20006

**2:29**

**.ıl LTE 9**

**‹ Sent**   ⋀   ⋁



From: **Russell Greer** ›
To: Matthew Hardin ›
Bcc: Russell Greer ›
May 15, 2024 at 5:18 AM

# Motion to retransfer

Good morning,

This is being put in the mail.

Thanks.



greer v kiwi...r venue.pdf
1.7 MB

7

**EXHIBIT B**

2:31                           LTE 8

〈 Sent                          ∧   ∨

 **From: Russell Greer** 〉
To: Matthew Hardin 〉
Bcc: Russell Greer 〉
May 15, 2024 at 5:35 AM

# Re: Motion to retransfer

Because I typed if yesterday, sir, and did not get the chance to email it to you. No foul meant.

As for address, I need to know what it is you are trying to serve on me.

Sent from my iPhone

On May 15, 2024, at 5:28 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

The certificate of service on this document reflects service on 5-14, but your email to me is dated 5-15. Can you explain that discrepancy?

            

9

**<u>EXHIBIT C</u>**



# **EXHIBIT D**







353-6059

0325 FRI 05/24 07:52 PM-10 4617H22
UNITED STATES COURTHOUSE
1 N PALAFOX ST
PENSACOLA FL
32502-5658-51  G

ETP. 2
11052608883320003260200274989629--

MAY 3 5 2024

Envelope
Recycle me.

TRK# 2749 8963 2627
0201

SH PENSG

FRI – 24 MAY 5:00P
** 2DAY **

PNSA 32502
FL–US    BFM

TO US DISTRICT CLERK
UNITED STATES COURTHOUSE
ONE NORTH PALAFOX ST.

PENSACOLA FL 32502

ORIGIN ID:BLQA  (801) 895-3501
RUSSELL GREER
1155 SOUTH TWAIN AVE
SUITE 108#20
LAS VEGAS, NV 89169
UNITED STATES US

SHIP DATE: 22MAY24
ACTWGT: 1.0 LB
CAD: 6892810/SSCQ2500

BILL CREDIT CARD

FedEx
Express

E