

**From:** **Matthew Hardin** matthewdhardin@gmail.com 📎
**Subject:** Re: Response
**Date:** May 22, 2024 at 7:28 AM
**To:** Russell Greer russmark@gmail.com
**Bcc:** jcmoon@pm.me



Good morning, Mr Greer.

Sadly, I cannot agree with your assertion that ECF access will solve the problems you cause by repeatedly filing false certificates of service. For example, take a look at ECF No 78. That document sets forth and attaches proof to the effect that you emailed a document to the Court on February 6, 2024 (and certified to the court that you had also emailed it to me on February 6), but that statement was untrue. ECF No. 78-2 shows that you actually transmitted the document to me only on February 7. And as another example, take a look at ECF No. 83. There, you emailed the Court on February 7 (and certified to the court that you had also emailed it to me on February 7), but that statement was also untrue. ECF No. 83-2 shows that you actually transmitted the document to me only on February 8. As I have explained to you (and as judges have also explained to you, including in the case against Taylor Swift that made you famous), service of process is not a technicality. Our date to respond to your pleadings runs from the date a pleading is served, not from the date you typed a document or the date you sent it to the court. When you falsify the date of service, it prejudices our right to respond. I will therefore file a Notice with the Court each and every time you file a false certificate of service. I would suggest that you take efforts to ensure your certificates are accurate, so that I do not need to do so.

Also: I am again asking for an address at which you can be served with process. As I have explained to you on many, many occasions (I think this is the tenth, but I'm losing count), **there is no such street as South Twain in Las Vegas.** You know there is no such street as South Twain, because your own receipt filed at ECF No. 95, Exhibit A, shows that your rented mailbox is actually on East Twain. If you are not intentionally evading service of process, I will expect you to correct your address with the Court as soon as possible. Ordinarily, I would be required to serve you our request for sanctions prior to filing it with the Court. However, because you have repeatedly filed only false addresses with the Court, I cannot do so. Please take this email as Notice that I fully intend to seek sanctions and all other appropriate relief against you, and am putting you on notice that you may not receive our pleadings seeking such relief because you have repeatedly provided us with only false addresses at which to serve you.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 22, 2024, at 6:28 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Mr. Hardin,
>
> I'm really uncomfortable further emailing you documents and sending you stuff since everything is being picked apart by you. Once I gain access to the CMCF, you won't have to complain about dates anymore.
>
>  **greer v kiwi farms response to certificate of setvice.pdf**
> 941 KB
>
> Sent from my iPhone