**Jennifer Johnson**

| | |
|---|---|
| **From:** | InterDistrictTransfer |
| **Sent:** | Thursday, June 13, 2024 7:42 AM |
| **To:** | Jennifer Johnson |
| **Subject:** | FW: Transferred case has been opened |

For you, Jennifer!

-----Original Message-----
From: utd_enotice@utd.uscourts.gov <utd_enotice@utd.uscourts.gov>
Sent: Tuesday, June 11, 2024 5:04 PM
To: InterDistrictTransfer <InterDistrictTransfer_FLND@flnd.uscourts.gov>
Subject: Transferred case has been opened

CASE: 3:24-cv-00122

DETAILS: Case transferred from Florida Northern has been opened in District of Utah as case 2:24-cv-00421, filed 06/11/2024.