3:24CV122-MCR-ZCB

RTS
doc. 128

Returned mail envelope:

US DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502

RUSSELL G GREER
1155 S TWAIN AVE STE 108420
LAS VEGAS NV 89169

NIXIE — RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD